NOT DESIGNATED FOR PUBLICATION

# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

## 03-257

SHERYL L. WILLIAMS

VERSUS

HERMAN R. HOLMES, ET AL.

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 192,270
HONORABLE WILLIAM ROSS FOOTE, DISTRICT JUDGE

**********

BILLY HOWARD EZELL
JUDGE

**********

Court composed of Ulysses Gene Thibodeaux, Sylvia R. Cooks, and Billy Howard Ezell, Judges.

**AFFIRMED.**

**Thomas Rockwell Willson**
**Attorney at Law**
**Post Office Drawer 1630**
**Alexandria, LA 71309**
**(318) 442-8658**
**Counsel for: Plaintiff/Appellant**
**Sheryl L. Williams**

**Stacy Christopher Auzenne**
**Keiser, Auzenne & Boudreaux**
**P. O. Box 12394**
**Alexandria, LA 71315-2358**
**(318) 443-6168**
**Counsel for: Defendant/Appellee**
**City of Pineville**
**Herman R. Holmes**